IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 21, 2007

Charles R. Fulbruge III
Clerk

No. 06-60769
Summary Calendar

BUJAR SHEHU

Petitioner

v.

MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL,

Respondent

On Petition for Review of an Order
of the Board of Immigration Appeals
File: A98-116-470

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Buhar Shehu seeks review of a decision of the Board of Immigration
Appeals affirming the denial of an application for asylum, withholding of
removal, and relief under the Convention Against Torture. Shehu's current
status is that of a fugitive with an outstanding final order of removal. This court
has recently extended the fugitive dis-entitlement doctrine to the immigration
context where, as here, the petitioner is a fugitive alien who has evaded custody
and failed to comply with a removal order. See Giri v. Keisler, No. 06-60569, __

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.3d __, 2007 WL 3276110 (5th Cir. Nov. 7, 2007).  Pursuant to Giri, the fugitive dis-entitlement doctrine serves to bar further review of the BIA's decision.

DENIED.